# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  5:04CR00018-005 |
| KELSEY LAMON ENGLAND | ) USM No:  19567-058 |
| | ) Norman Butler |
| Date of Previous Judgment:  January 12, 2006 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■  the defendant  ❏  the Director of the Bureau of Prisons  ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  121  months **is reduced to**  120 months  .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:  35 | | Amended Offense Level:  33 | |
| Criminal History Category:  III | | Criminal History Category:  III | |
| Previous Guideline Range:  210  to  262  months | | Amended Guideline Range:  168  to  210  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):  The previous term of imprisonment imposed was less than the applicable guideline range at the time of sentencing as a result of a departure motion; however, any further reduction is limited by the statutorily required minimum sentence, per USSG §5G1.1.

## III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of

Except as provided above, all provisions of the judgment dated  January 12, 2006  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  December 12, 2008

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge